UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAUREEN ANDERSON,

    Plaintiff,                                Hon. Nancy G. Edmunds

v.                                               Case No. 04-70257

MATTEL, INC., and HENRY
DEL CASTILLO,

    Defendants.

---

| | |
|---|---|
| BIGLER, BERRY, JOHNSTON, SZTYKIEL & HUNT, P.C.<br>Steven C. Berry (P26398)<br>Daniel J. Goeman (P64231)<br>Attorneys for Plaintiff<br>8436 Homestead, Suite 210<br>Zeeland, MI 49464<br>(616) 772-6571 | PAUL, HASTINGS, JANOFSKY & WALKER<br>Barbara L. Johnson (P37132)<br>Attorneys for Defendant<br>1299 Pennsylvania Ave., N.W., 10th Floor<br>Washington, D.C. 20004<br>(202) 508-9503 |

MILLER, CANFIELD, PADDOCK & STONE, P.L.C.
Leonard D. Givens (P14028)
Michelle P. Crockett (P61830)
Attorneys for Defendants
150 W. Jefferson, Suite 2500
Detroit, MI 48226
(313) 963-6420

---

## VOLUNTARY DISMISSAL

       Plaintiff Maureen Anderson ("Plaintiff") by and through her counsel of record, hereby voluntarily dismisses all claims brought by Plaintiff against Defendant Henry DelCastillo.

Respectfully submitted,

Daniel J. Goeman (P64231)
Bigler, Berry, Johnston, Sztykiel & Hunt, P.C.
8436 Homestead, Suite 210
Zeeland, MI 49464

Dated: January **3**, 2005

WDC/291658.1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MAUREEN ANDERSON,

    Plaintiff,

v.

MATTEL, INC., and HENRY
DEL CASTILLO,

    Defendants.

Hon. Nancy G. Edmunds

Case No. 04-70257

---

| | |
|---|---|
| BIGLER, BERRY, JOHNSTON,<br>SZTYKIEL & HUNT, P.C.<br>Steven C. Berry (P26398)<br>Daniel J. Goeman (P64231)<br>**Attorneys for Plaintiff**<br>8436 Homestead, Suite 210<br>Zeeland, MI 49464<br>(616) 772-6571 | PAUL, HASTINGS, JANOFSKY & WALKER<br>Barbara L. Johnson (P37131)<br>**Attorneys for Defendant**<br>1299 Pennsylvania Ave., N.W., 10th Floor<br>Washington, D.C. 20004<br>(202) 508-9503 |

MILLER, CANFIELD, PADDOCK & STONE, P.L.C.
Leonard D. Givens (P14028)
Michelle P. Crockett (P61830)
**Attorneys for Defendants**
150 W. Jefferson, Suite 2500
Detroit, MI 48226
(313) 963-6420

---

## STIPULATION OF DISMISSAL

    Plaintiff Maureen Anderson ("Plaintiff") and Defendant Mattel, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree that all claims brought by Plaintiff in this action are dismissed with prejudice, the issue of costs and attorneys' fees having been resolved by the parties.

Respectfully submitted,

Daniel J. Goeman (P64231)
Bigler, Berry, Johnston, Sztykiel & Hunt, P.C.
8436 Homestead, Suite 210
Zeeland, MI 49464

Barbara L. Johnson (P37132)
Paul, Hastings, Janofsky & Walker LLP
Tenth Floor
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Telephone: (202) 508-9503

Leonard D. Givens (P14028)
Michelle P. Crockett (P61830)
Miller, Canfield, Paddock & Stone, PLC
150 West Jefferson
Suite 2500
Detroit, Michigan 48226-4415
Telephone: (313) 963 6420

Dated: January ___, 2005

WDC/291657.1

2